# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **PAMELA M. WILLIAMS,** Defendant. | PO 24-5149-GF-JTJ VIOLATION: E2028584 Location Code: M13 ORDER |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrant will not be issued. **IT IS FURTHER ORDERED** than an initial appearance is rescheduled for February 6, 2025, at 9:00 a.m., at the Missouri River Courthouse in Great Falls, Montana.

DATED this 29th day of October, 2024.

John Johnston
United States Magistrate Judge