# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA M. WILLIAMS,<br><br>Defendant. | PO-24-5149-GF-JTJ<br><br>VIOLATION:<br>E2028584<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $170 fine and $30 processing fee for violation and E2028584 (for a total of $200), and for good cause shown, **IT IS ORDERED** that the $200 fine paid by the defendant is accepted as a full adjudication of violation and E2028584.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 17th day of December, 2024.

John Johnston
United States Magistrate Judge